JOHN McNANEY, Appellant, in Behalf of Himself and all Other Judgment Creditors of FRANCIS G. HALL, Similarly Situated, who shall Hereafter Join in this Action, *v.* FRANCIS G. HALL, WILLIAM S. CARR and TIMOTHY S. PRATT, as Executors of the Last Will and Testament of SAMUEL S. HAMLIN, Deceased, and SAMUEL C. TABOR, as Assignee for the Benefit of the Creditors of FRANCIS G. HALL, Respondents.

(Submitted December 14, 1896; decided December 24, 1896.)

MOTION for an order designating this action as a preferred cause and placing it upon the calendar as such, under subdivision 4, section 791 of the Code of Civil Procedure, upon the ground that the pendency of the action prevents a final settlement of the estate of Samuel S. Hamlin, deceased.

*John A. Reynolds* for motion.

Motion denied, without costs, on opinion in *Colton* v. *N. Y. El. R. R. Co.* (151 N. Y. 266).

---

JOHN KAM, Respondent, *v.* THE FRED HOWER BREWING COMPANY (Limited) and HENRIETTA BENJAMIN, Impleaded, etc., Appellants.

(Submitted December 21, 1896; decided December 24, 1896.)

MOTION for an order designating this action as a preferred cause and placing it upon the calendar as such, under subdivision 4, section 791 of the Code of Civil Procedure, upon the ground that the pendency of the action prevents a final settlement of the accounts of the receivers of the defendant The Fred Hower Brewing Company, a dissolved corporation.

*Rufus O. Catlin* for motion.

Motion denied, without costs, on opinion in *Colton* v. *N. Y. El. R. R. Co.* (151 N. Y. 266).